UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE MURRAY ALSO KNOWN AS JEFFRY LASHLEY

Write the full name of each plaintiff.

No. 18CV2124
(To be filled out by Clerk's Office)

-against-

RICHARD D. CARUTHER – DISTRICT ADMINSTRATIVE JUDGE

CRYSTAL PIPKIN – NEW YORK CITY PROBATION OFFICIAL

JOSEPH FUCITO – KINGS COUNTY SHERIFF

ERIC SCHNEIDERMAN – ATTORNEY GENERAL NEW YORK

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes  ☒ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| WILLIE | | MURRAY |
|---|---|---|
| First Name | Middle Initial | Last Name |

JEFFRY LASHLEY
_____
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

895-17-01069
_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

MANHATTAN DETENTION COMPLEX
Current Place of Detention

125 WHITE STREET
Institutional Address

| NEW YORK | NEW YORK | 10013 |
|---|---|---|
| County, City | State | Zip Code |

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

RICHARD CARUTHERS
First Name / Last Name / Shield #

DISTRICT ADMINSTRATIVE JUDGE
Current Job Title (or other identifying information)

60 CENTRE STREET, ROOM 161
Current Work Address

NEW YORK, / NEW YORK / 10007
County, City / State / Zip Code

Defendant 2:

CRYSTAL PIPKIN
First Name / Last Name / Shield #

NEW YORK CITY PROBATION OFFICIAL
Current Job Title (or other identifying information)

15 2nd AVENUE
Current Work Address

BROOKLYN / NEW YORK / 11215
County, City / State / Zip Code

Defendant 3:

JOSEPH FUCITO
First Name / Last Name / Shield #

KINGS COUNTY SHERIFF'S
Current Job Title (or other identifying information)

210 JORALEMON STREET, 9th FLOOR
Current Work Address

BROOKLYN / NEW YORK / 11201
County, City / State / Zip Code

Defendant 4:

ERIC SCHNEIDERMAN
First Name / Last Name / Shield #

ATTORNEY GENERAL NEW YORK STATE
Current Job Title (or other identifying information)

300 MOTOR PARKWAY, SUITE 230
Current Work Address

HAUPPAUGE / NEW YORK / 11788
County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: ____New York State____

Date(s) of occurrence: ____January 11, 2017____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____(PLEASE SEE PAGE ATTACHED)_____

## STATEMENT OF FACTS

The compliant of the plaintiff, Willie Murray, respectfully shows and alleges the followings:

1. The plaintirr herein, Willie Murray, is the 1st benefical holder of the lien on the 14th amendment person WILLIE MURRAY Corp Sole, dba MURRAY WILLIE. Paintiff is the secured party creditor for WILLIE MURRAY(DEBTOR) via NEW YORK STATE UCC FINANCING STATMENT#20161228001762.

2. Plaintiff herein is a resident of the State Of New York. Mr.Murray resides at 39.Hegeman ave, Brooklyn, New York.

3. Plaintiff have declared a $9,000,000,000.00( Nine-Billion Dollar Lien in lawful money (Pre-1964) .999) WILLIE MURRAY is private property of another.

4. The defendent herein, Joseph Fucito, has a principl place of bussiness at 210 Jeralemon street, 9th Floor, Brooklyn, New York. Defendent is engaged in the bussiness of the kings county sheriff department, New York State.

5. Plaintiff Mr. Murray requested to be placed on the: DO NOT STOP, DO NOT DETAIN, AND DO NOT TRESSPASS LIST FOR NEW YORK STATE AND ALL ORTHER STATES, Via NOTICE OF STIPULATION AND ESTOPPEL Via certified mail reciept number: 7015166000113263631.

6. On January 11, 2017 plaintiff sent NOTICE OF STIPILATION AND NOTICE OF CONSITITUTIONAL CHALLANGE AND MOTION TO INTERVENE WITH AN INJUNCTION. These notices was sent to challange New York State statues and also requested to be placed on the DO NOT STOP,DO NOT DETAIN LIST, AND DO NOT TRESSPASS LIST FOR NEW YORK STATE AND ALL OTHER STATES.

7. Plaintiff intent through the issuances of the above notices was to inform the defedants that WILLIE MURRAY is private property of another and also giving notice to all defendents that there will be a fine for using said private oroperty, should defendants tresspass on plaintiff private property.

8. The defendents through default to acknowledge the above notices has agreed to pay plaintirr Mr.Murray $15,000,000.00 plus intrest from 1/11/2017, and cost and disbursements, togher with any other relief the courts find to be just and proper.

9. On January 11, 2017 plaintiff delivered to defendants NOTICE OF SITPILATION AND ESTOPPEL AND NOTICE OF CONSTIONAL CHALLANGE AND MOTION TO INTERVENE WITH AN INJUNCTION, via certified mail number 7015166000113263631, which defendent has recieved.

10. Defendants has failed to ackonawledge plaintiff request and contract. Plaintiff made numerous phone calls and sent serval letters and notices to defendants about the contract, but plaintiff has recieved no response,

11. By reason of the facts and circumstances stated above, defendants has breached contract.

12. By reason of the facts and circumstances stated above, plaintiff has been damaged by the defendants in th sum of $ 15,000,000.00 and intrest from 1/11/17 plus cost and disbursements, together with any other relif the courts finds to be just and proper.

(PLEASE SEE PAGE ATTACHED)

RELIEF :

WHEREFORE, Plaintiff demands judgement against defendants in the sum of $ 15,000,000.00, plus intrest from January 11, 2017 cost and disbursements, toghter with any other relif the court finds just and proper. Plaintiff is also requesting to be placed on the do not stop, do not detain list for NEW YORK STATE AND ALL OTHER STATES.

VI. INJURIES

Plaintiff has been illegally imprisoned since his arrest of 7/7/17 Plaintiff has been placed in custody againgt his God given will. Plaints unalienable rights were violated; protected by 1938 New York State Constitution and 1938 BILL OF RIGHTS, AND United States Constitution for America inclusive of the 13th AMENDMENT with 20 SECTIONS(circa.1865) right of property, freedom of religion and free pratice thereof has been violated. 1983 BILL OF RIGHTS Section 7 has been violated.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 2/23/2018 | *Willie Murray* |
|---|---|
| Dated | Plaintiff's Signature |

| WILLIE | | MURRAY |
|---|---|---|
| First Name | Middle Initial | Last Name |

125 White street,
Prison Address

| New York | New York | 10013 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 2/23/2018

Civil Court of the City of New York
County of New York
_____ Part _____

In the Matter of the Application of

Willie Murray

to prosecute as a poor person against

Richard D. Carruthers, Crystal Piplin,
Eric Schindeman, Joseph Fucito

Index Number _____

AFFIDAVIT IN SUPPORT OF
AN APPLICATION TO
PROCEED AS A POOR PERSON
AND TO WAIVE COURT FEES

State of New York, County of New York ss:

Willie Murray , being duly sworn, deposes and says:
PRINT YOUR NAME

1. I am the party named as Plaintiff in the above titled action.

2. I reside at 125 White Street, NY, NY 10013

3. I seek to proceed in the above titled action.

4. I have a good and meritorious cause of action in that I'm currently not employed

5. I request that an Order be granted:
   ☒ waiving any and all statutory fees for the defense or prosecution of the action,
   ☐ waiving the fee for the filing of a Notice of Appeal
   ☐ other (Specify) _____

6. I make this application based on CPLR §1101. I do not have, nor am I able to obtain, the funds needed to pay the court fees. I will be unable to proceed unless the Order is granted.

7. I am/am not a recipient of Public Assistance from the Department of Social Services of the City of New York.

8. I have no income other than the sum of $ 0 per 0 from
_____

9. I own no property of any kind except necessary personal wearing apparel and
Department of Corrections issued Clothing
[Indicate other property and the value of such property]

10. No other person is beneficially interested in the recovery sought.

11.   ☒ a) I have not made a previous application for this or similar relief.
      ☐ b) I have made previous application(s) for this or similar relief, but I am making this further application because
_____

Sign your name Willie Murray

Sworn to before me this 23 day of February 2018
_____
Signature of Court Employee and Title

FABIOLA GOMES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GO6348039
Qualified in New York County
My Commission Expires 09-19-2020

Print your address
125 White Street
NY, NY 10013

Telephone Number _____

CIV-GP-15-i(Revised 5/04)

FREE CIVIL COURT FORM
No fee may be charged to fill in this form.
Form can be found at: http://www.nycourts.gov/courts/nyc/civil/forms.shtml

Willie Murray A.K.A Jeffery Lashley B/C# 895-170-1069
125 White Street
NY, NY 10013

Pro Se
MG



7017 0530 0000 9922 79..



USMp3
SDNY

U.S. POSTAGE PAID
NEW YORK, NY
10013
MAR 05 18
AMOUNT
$7.62
R2305K139601-02

U. S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
2018 MAR -8 PM 4:15
CLERK'S OFFICE
S.D.N.Y.

S.S.